# United States District Court
## Violation Notice

CVB Location Code: **LE20**

**Violation Number:** 6901177
**Officer Name (Print):** Robert Holliday
**Officer No.:** 4237

6901177

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 4/4/19 0900
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code
**Code:** 38 C.F.R. 1.218 (26)
**Place of Offense:** South East Louisiana Veterans Health Care Center 2400 Canal St. New Orleans LA-70119

**Offense Description; Factual Basis for Charge:** HAZMAT ☐
Parking in no parking area (Tow away zone)

### DEFENDANT INFORMATION

**Last Name:** Barrios
**First Name:** Valerie
**M.I.:** M
**Street Address:** [REDACTED]

**Tag No.:** 974 BDM
**State:** La.
**Year:** 
**Make/Model:** Nissan Sentra
**PASS** ☐
**Color:** White

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 25.   Forfeiture Amount
+ $30   Processing Fee
**PAY THIS AMOUNT →** $ 55.   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN 11/20/2019 16:49

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

CVB SCAN 11/20/2019 16:49